STATE, ex rel. DUBUISSON, *v.* THE JUDGE OF THE SECOND DISTRICT COURT.

*A suspensive appeal does not lie from a judgment, removing from office the liquidator of the affairs of a partnership.*

ON a *mandamus* to the Judge of the Second District Court of New Orleans, *Morgan*, J.   *M. Grivot*, for the relator.

LAND, J.   This is an application for a *mandamus*.

The relator being the curator of the succession of *John Twibell*, was appointed liquidator of the partnership affairs of *Twibell & Atkins*, and was afterwards removed from the office of liquidator by a judgment of the Second District Court.

From this judgment of removal, the relator applied to the District Judge for a *suspensive appeal*, which was refused ; and he now takes the rule in this case, on the Judge, to show cause why he should not be commanded to grant the order for a suspensive appeal.

The answer of the District Judge shows a sufficient cause why the writ of *mandamus* should not be granted.

A suspensive appeal will not lie from a judgment appointing an administrator, curator, or liquidator of succession property ; nor will a suspensive appeal lie from a judgment destituting a curator or liquidator, when a further administration of the succession property is necessary. C. C. 1113 ; C. P. 580, 1059 ; 5 An., 518.

From such judgments a *devolutive appeal* only lies.

It is, therefore, ordered, adjudged and decreed, that the rule taken in this case be discharged with costs.